IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No. 06-cv-00460-LTB-PAC

STAT NURSES INTERNATIONAL, INC.,

       Plaintiff,

v.

LITTY JOHN,

       Defendant.
_____

**ORDER**
_____

Upon the Stipulation of Dismissal with Prejudice, filed November 22, 2006, all claims and counterclaims in the above-captioned action are dismissed with prejudice, each party to bear its own costs, expenses and attorney fees associated with the above-captioned action, including the settlement thereof.

                                        BY THE COURT:

                                          s/Lewis T. Babcock
                                        Lewis T. Babcock, Chief Judge

DATED: November 24, 2006